FILED

MAY - 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:25 CR 00212 |
| ) | Title 18, United States Code, |
| JAMES DODRILL, ) | Section 2113(a) |
| Defendant. ) | |

**JUDGE BRENNAN**

COUNT 1
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury charges:

On or about March 19, 2025, in the Northern District of Ohio, Eastern Division, Defendant JAMES DODRILL, by force, violence, and intimidation, did take from the person or presence of bank tellers and other employees at the Huntington Bank, 5703 Broadway Ave, Cleveland, Ohio, money, namely approximately $7,000 in U.S. Currency, belonging to and in the care, custody, control, management, and possession of said bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, all in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.